DUPLICATE ORIGINAL


FILED
CLERK, U.S. DISTRICT COURT
NOV 20 2017
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UM CORPORATION et al., <br><br> Plaintiff, <br><br> v. <br><br> TSUBURAYA PRODUCTIONS CO., LTD., <br><br> Defendant. | Case No. CV 15-3764-AB (AJWx) <br><br> **SPECIAL VERDICT FORM** |

We answer the question submitted to us as follows:

1. Is the March 4, 1976 License Granting Agreement an authentic contract that was signed and sealed by Noboru Tsuburaya on behalf of Tsuburaya Productions Co., Ltd. ("TPC") and Tsuburaya Enterprises Co., Ltd.?

\_\_\_\_ Yes        $\underline{X}$ No

Please sign and date this verdict form and return it to the court.

1.

Date: 11/20/17                    Signed /s/ redacted signature
                                              Presiding Juror

2.