UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UM CORPORATION, a Japanese corporation,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>TSUBURAYA PRODUCTIONS CO., LTD., a Japanese corporation,<br><br>　　　　　　　　　Defendant.<br><br>AND RELATED CROSS-CLAIMS | Case No. 2:15-cv-03764-AB (AJWx)<br><br>**JUDGMENT AGAINST COUNTERDEFENDANT SOMPOTE SAENGDUENCHAI** |

## JUDGMENT

The Court has granted defendant and counter-claimant Tsuburaya Productions Co.'s ("TPC") Motion for Default Judgment against counter-defendant Sompote Saengduenchai. (Dkt. 316.) Accordingly,

IT IS NOW HEREBY ORDERED AND ADJUDGED that:

Judgment is entered against counter-defendant Sompote Saengduenchai and in favor of TPC, on TPC's First Counterclaim for Copyright Infringement and Second Counterclaim for Declaratory Relief. (Dkt. 19).

It is further declared that the March 4, 1976 License Granting Agreement relating to "Ultraman" characters and audio-visual works is not an authentic contract that was signed and sealed by Noboru Tsuburaya on behalf of TPC and Tsuburaya Enterprises Co. Ltd., and that it is of no force or effect.

It is also declared that counter-defendant Sompote Saengduenchai is prohibited from engaging in or authorizing any copying, reproduction, preparation of derivative works, distribution, sale or other transfer of ownership, rental, lease, lending or public performance of any audio-visual or other creative works or products based on "Ultraman" characters or stories in the United States.

The Clerk shall enter this Judgment.

**IT IS SO ORDERED.**

Dated: May 18, 2018.   By _____
                              Hon. André Birotte, Jr.
                              United States District Judge